# 906 CASES REPORTED WITH BRIEF SYLLABI.

William T. Emmet, Superintendent, etc., v. Sanitary Water Still Company.— Motion granted; question certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Guillaume Reusens v. Julian M. Girard and Others.— Motion granted; question to be certified on settlement of order. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alfred J. Schwabe and Others v. Aladar W. Hertzog.— Motions denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elmer M. Kimbark v. Waldemar Company and Others. (2 cases.) — Motions denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William W. Farley, as State Excise Commissioner, v. Frank D. Archibald, Sr., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William A. Rees and Others v. United States Oxygen Company, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William E. Mowbray v. Harriet De Forest, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Warren P. Newcomb, as Executor, etc., v. Jeanne La Roe.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Harriet E. Coffin, an Incompetent.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lizzie Katz v. Louis Katz.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Columbia Machine and Stopper Corporation v. H. Koehler & Company. — Motion granted, with ten dollars costs. Memorandum per curiam. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary Perry v. Hudson and Manhattan Railroad Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Patrick J. McNulty v. The City of New York.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Manhattan Railway Company (Ninth Avenue Additional Tracks).— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of West Two Hundred and Thirty-first Street.— Motion granted; question certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hugh L. Fox and Others v. Frederick F. Proctor.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hugh J. Reilly v. Frank Steinhart.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.